

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

In the interest of S.M.A., B.M.N.,  * From the 326th District Court
and T.J.N., children,                      of Taylor County
                                                    Trial Court No. 9023-CX.

No. 11-19-00265-CV                    * January 31, 2020

                                                 * Memorandum Opinion by Bailey, C.J.
                                                    (Panel consists of: Bailey, C.J.,
                                                    Stretcher, J., and Wright, S.C.J., sitting
                                                    by assignment)
                                                    (Willson, J., not participating)

This court has inspected the record in this cause and concludes that there is no error in the order below. Therefore, in accordance with this court's opinion, the order of the trial court is in all things affirmed.